**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 11, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00419-CV

---

### IN RE WILLIAM BEATTY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-75990**

---

### MEMORANDUM OPINION

On May 15, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate her order signed February 25, 2013, ordering production of documents.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.